# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:16-CV-01650-RGK-KS | Date | April 17, 2017 |
|---|---|---|---|
| Title | *Hart v. Transfield Services Infrasture, Inc.* | | |

Present: The Honorable **R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE**

| Sharon L. Williams | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff: Attorneys Present for Defendant:

Not Present / Not Present

**Proceedings:** **(IN CHAMBERS)** Order Re: Order to Show Cause on Plaintiff's Failure to Pay Cost

In the Status Conference on March 21, 2017, the Court ordered each Party to pay $827.03 for the cost of reserving a jury panel. The deadline for payment was March 28, 2017. As of April 17, 2017, however, Plaintiff has not paid. Thus the Court orders Plaintiff to show cause within three days of this Order on why the Court should not sanction him for his failure.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer